RAYONIER, INC., a corporation, et al., v. JANE O. LANG

14 So. (2nd) 569                                          June Term, 1943
July 16, 1943                                             En Banc
Rehearing Denied September 27, 1943

*Marks, Marks, Holt, Gray & Yates,* and *Harry T. Gray,* for appellants.

*Evan Evans* and *C. N. Ashmore,* for appellee.

PER CURIAM:

The record in this case having been duly considered and no reversible error appearing, the judgment is affirmed.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.

BROWN, THOMAS and SEBRING, JJ., dissent.